IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRANDON COOPERWOOD**                                                       **PLAINTIFF**
**#53449**

v.                  **CASE NO. 4:24-CV-00330-BSM**

**ARDEN TRIPP, Officer, Badge #803,**
**Bald Knob City Police Department**                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of April, 2024.

_/s/ Brian S. Miller_
UNITED STATES DISTRICT JUDGE